Francis A. Brogan, Alfred G. Ellick, and E. J. Shoemaker; all of Omaha, Neb., for appellant.

G. E. La Violette, of Omaha, Neb., for appellees.

PER CURIAM.

Appeal dismissed, with prejudice, without costs to either party in this court, per stipulation of parties.

**Francls T. McCAHILL, Petitioner, v. Guy T. HELVERING, Commissioner, etc.**

**No. 10325.**

Circuit Court of Appeals, Eighth Circuit.

April 17, 1935.

Guy Chase, of St. Paul, Minn., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Petition to review decision of United States Board of Tax Appeals docketed and dismissed, without costs to either party in this court, on motion of respondent.

**Eugene P. McCAHILL, Petitioner, v. Guy T. HELVERING, Commissioner, etc.**

**No. 10326.**

Circuit Court of Appeals, Eighth Circuit.

April 17, 1935.

Guy Chase, of St. Paul, Minn., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Coun-

sel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Petition to review decision of United States Board of Tax Appeals docketed and dismissed, without costs to either party in this court, on motion of respondent.

**Robert J. McKAY, J. Albert McKay and Thomas J. McKay, Trustees of the Estate of James McKay, Deceased, Appellants, v. Arthur R. ATWOOD, Receiver of The Duquesne National Bank of Pittsburgh, Appellee.**

**No. 5502.**

Circuit Court of Appeals, Third Circuit.

March 20, 1935.

Ella Graubart, Charles F. C. Arensberg, and Patterson, Crawford, Arensberg & Dunn, all of Pittsburgh, Pa., for appellants.

Mortimer B. Lesher, of Pittsburgh, Pa., for appellee.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

BUFFINGTON, Circuit Judge.

In the court below, the trustees of the estate of James McKay filed a bill against the receiver of the Duquesne National Bank to have the bank adjudged to have held some $11,000 as a trust account which should be paid in preference to general depositors. On final hearing, the court below dismissed the bill. Thereupon the trustees took this appeal.

The case turns on the construction of written documents, depends on its own facts, and no general principles are involved. Those writings were analyzed and construed in a comprehensive opinion.

Finding ourselves in accord therewith, we affirm the case on the judge's opinion (D. C.) 10 F. Supp. 475.